Houck *v.* Travelers Insurance Company,
Appellant.

Argued January 8, 1974.   Before JONES, C. J.,
O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Robert M. Landis*, with him *Harvey Bartle, III*, and
*Dechert, Price & Rhoads*, for appellant.

*Michael Brodie*, with him *Pechner, Sacks, Dorfman,
Rosen & Richardson*, for appellees.

OPINION PER CURIAM, March 25, 1974:

Decree affirmed. Costs on appellant.

Mr. Justice EAGEN took no part in the consideration or decision of this case.